<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Volute Partners, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | dba Pristine Pools; dba Trinity Landscape |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 1 2 1 4 1 1 5 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5445 Caruth Haven Ln.**<br>Number   Street<br>**Apt. 715** | Number   Street<br><br>P.O. Box |
| **Dallas**　　　　**TX**　**75225**<br>City　　　　State　　ZIP Code | City　　　　State　ZIP Code |
| **Dallas**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number   Street |
| | City　　　　State　ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Volute Partners, LLC**                                          Case number (if known) _____

**7.  Describe debtor's business**         *A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Volute Partners, LLC** _____    Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____    When _____    Case number _____
                                                MM / DD / YYYY

       District _____    When _____    Case number _____
                                                MM / DD / YYYY

       District _____    When _____    Case number _____
                                                MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____    Relationship _____

       District _____    When _____
                                                MM / DD / YYYY

       Case number, if known _____

       Debtor _____    Relationship _____

       District _____    When _____
                                                MM / DD / YYYY

       Case number, if known _____

**11.** **Why is the case filed in _this district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**    *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**    _____
                                   Number    Street

                                   _____

                                   City             State    ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____

            Contact name _____

            Phone _____

Debtor   **Volute Partners, LLC**                                        Case number (if known) _____

| | **Statistical and adminstrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/11/2023**
          MM / DD / YYYY

**X** **/s/ James Hauglid**
Signature of authorized representative of debtor
**James Hauglid**
Printed name
**Managing Member**
Title

Debtor  **Volute Partners, LLC**_____   Case number (if known) _____

| | | | |
|---|---|---|---|
| **18.   Signature of attorney** | **X** **/s/ Derek K. Prosser**_____ | Date | **08/11/2023**_____ |
| | Signature of attorney for debtor | | MM / DD / YYYY |

**Derek K. Prosser**_____

Printed name

**Toronjo & Prosser Law**_____

Firm name

**6440 N. Central Expressway**_____

Number        Street

**Suite 104**_____

| | | | |
|---|---|---|---|
| **Dallas**_____ | | **TX** | **75206**_____ |
| City | | State | ZIP Code |

| | | |
|---|---|---|
| **(214) 609-8787**_____ | **dprosser@t-plaw.com**_____ |
| Contact phone | Email address |
| **24086889**_____ | _____ |
| Bar number | State |

**Fill in this information to identify the case**

Debtor name    **Volute Partners, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1.    **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.    **Cash on hand**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of
account number

4.    **Other cash equivalents**        *(Identify all)*

Name of institution (bank or brokerage firm)

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $0.00

**Part 2:    Deposits and prepayments**

6.    **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| Debtor | **Volute Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

11a. 90 days old or less: _____ – _____ = .............. → _____
                              face amount         doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = .............. → _____
                            face amount         doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method used for current value**    **Current value of debtor's interest**

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                        % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor    **Volute Partners, LLC**                                              Case number (if known) _____

      Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                     $0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.                                     $0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Volute Partners, LLC**                                     Case number (if known) _____
_____
Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Flat bed trailer** | | | $500.00 |
| 47.2.  **Box trailer** | | | $1,000.00 |
| 47.3.  **Bobcat** | | | $2,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$3,500.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Volute Partners, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Volute Partners, LLC** _____     Case number (if known) _____
        Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No.  Go to Part 12.
   ☐ Yes.  Fill in the information below.

                                                                                          **Current value of
debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
   including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77.  Copy the total to line 90.

   **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor    **Volute Partners, LLC**_____    Case number (if known) _____
          Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $0.00 | |
| 81.  **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82.  **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83.  **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84.  **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85.  **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $3,500.00 | |
| 88.  **Real property.** Copy line 56, Part 9............................➜ | | $0.00 |
| 89.  **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90.  **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91.  **Total.**  Add lines 80 through 90 for each column.    91a. | $3,500.00 + 91b. | $0.00 |
| 92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................... | | $3,500.00 |

---

**Fill in this information to identify the case:**

Debtor name  **Volute Partners, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more
    than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**                                  **Describe debtor's property that is**
                                                     **subject to a lien**

**Creditor's mailing address**

_____                     **Describe the lien**

_____                     _____

_____                     **Is the creditor an insider or related party?**
                                                     ☐ No
_____                     ☐ Yes

**Creditor's email address, if known**               **Is anyone else liable on this claim?**

_____                     ☐ No

**Date debt was incurred**                           ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account**                         **As of the petition filing date, the claim is:**
**number**    ___ ___ ___ ___                        Check all that apply.

**Do multiple creditors have an interest in**        ☐ Contingent
**the same property?**                               ☐ Unliquidated
☐ No                                                 ☐ Disputed
☐ Yes.  Specify each creditor, including this
        creditor, and its relative priority.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.**                                                    _____ **$0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Volute Partners, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ | _____ |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| _____ | **Basis for the claim:** | | |
| **Date or dates debt was incurred** | _____ | | |
| _____ | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☐ No | | |
| | ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(____) | | | |

Debtor   **Volute Partners, LLC**                                      Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**All-Ways Hauling**

**143 Jack Nixon Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fredericksburg**            **TX**      **78624**

Basis for the claim:  **Vendor Payable**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number    **1   7   5   9**

☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,632.00** |
|---|---|---|---|

**Ally Financial**

**P.O. Box 380901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bloomington**            **IL**      **55438**

Basis for the claim:  **Auto Deficiency**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,175.00** |
|---|---|---|---|

**Ally Financial**

**P.O. Box 380901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bloomington**            **IL**      **55438**

Basis for the claim:  **Purchase Money**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **edAltTextForUnknown** |
|---|---|---|---|

**Andrew & Ingrid Pepper**

**c/o Jack Waterhouse**

**1225 Main S. Street, Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Grapevine**            **TX**      **76051**

Basis for the claim:  **Construction Defect Claim**

Date or dates debt was incurred    **2023**

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **Volute Partners, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Bennett Land Services**

**PO Box 101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Harper** | **TX** | **78631** |
|---|---|---|

**Vendor Payable**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number _ _ **6** **7** **0**

- ☑ No
- ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,437.94** |
|---|---|---|---|

**Bluevine Capital, Inc.**

**401 Warren St., Suite 300**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Redwood City** | **CA** | **94063** |
|---|---|---|

**Business loan**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number **5** **0** **3** **2**

- ☑ No
- ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,643.74** |
|---|---|---|---|

**Brad Reed**

**418 Calm Springs**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **San Antonio** | **TX** | **78260** |
|---|---|---|

**Owner Note Payable**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,305.46** |
|---|---|---|---|

**Capital One Bank USA NA**

**P.O. Box 31293**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Salt Lake City** | **UT** | **84131** |
|---|---|---|

**Business Credit Card**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number **7** **1** **3** **0**

- ☑ No
- ☐ Yes

| Debtor | **Volute Partners, LLC** | | Case number (if known) | |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$27,800.00** |
|---|---|---|---|

**CFG Merchant Solutions, LLC**

**180 Maiden Lane, Floor 15**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **New York** | **NY** | **10038** | **Merchant Cash Advance** |
|---|---|---|---|

Date or dates debt was incurred   **7/20/2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$29,000.00** |
|---|---|---|---|

**Everest Business Funding**

**5 West 37th Street**

**Suite 1100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **New York** | **NY** | **10018** | **Daily Pay Loan** |
|---|---|---|---|

Date or dates debt was incurred   **4/27/22**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$51,165.00** |
|---|---|---|---|

**FinCoast Capital LLC**

**16850 Collins Ave.**

**Suite 112616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Sunny Isles Beach** | **FL** | **33160** | **Merchant Cash Advance** |
|---|---|---|---|

Date or dates debt was incurred   **6/22/22**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$29,040.01** |
|---|---|---|---|

**FinCoast Capital LLC**

**16850 Collins Ave.**

**Suite 112616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Sunny Isles Beach** | **FL** | **33160** | **Merchant Cash Advance** |
|---|---|---|---|

Date or dates debt was incurred   **6/21/22**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| | |
|---|---|
| Debtor | **Volute Partners, LLC** |
| | Case number (if known) |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

**GA Properties, LP**

**16015 Via Shavano**

**Suite 101**

**San Antonio**     **TX**     **78249**

Date or dates debt was incurred

Last 4 digits of account number    **3**   **8**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor Payable**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,252.02**

---

**3.14** Nonpriority creditor's name and mailing address

**Jeff & Michelle Brooks**

**66-437 Kamehameha Hwy.**

**Unit 990**

**Haleiwa**     **HI**     **96712**

Date or dates debt was incurred

Last 4 digits of account number   __   __   __   __

**Business loan for purchase of Pristine Pools dba**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$999,000.00**

---

**3.15** Nonpriority creditor's name and mailing address

**Jesus Carreon**

**3610 W. Travis St.**

**San Antonio**     **TX**     **78207**

Date or dates debt was incurred

Last 4 digits of account number   **2**   **0**   **2**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor Payable**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,500.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Medallion Sprinkler System**

**126 Lousiana Ave.**

**New Branfels**     **TX**     **78130**

Date or dates debt was incurred

Last 4 digits of account number   **8**   **5**   **0**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor Payable**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,150.00**

---

| Debtor | **Volute Partners, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$65,814.55** |
|---|---|---|---|

**NewCo. Capital Group**

**90 Broad St.**

**Suite 903**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **New York** | **NY** | **10004** |
|---|---|---|

Basis for the claim:
**Merchant Cash Advance**

Date or dates debt was incurred    **6/15/22**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$239,024.11** |
|---|---|---|---|

**Nicholas Thompson**

**1380 Knoop School Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Fredericksburg** | **TX** | **78624** |
|---|---|---|

Basis for the claim:
**Owner Note Payable**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$53,195.72** |
|---|---|---|---|

**On Deck Capital, Inc.**

**ATTN:  Director of Operations**

**901 N. Stuart St., Suite 700**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Arlington** | **VA** | **22203** |
|---|---|---|

Basis for the claim:
**Merchant Cash Advance**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  **2  6  7  7**

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16,330.22** |
|---|---|---|---|

**Palo Alto Materials, Inc.**

**914 Mohr Ranch Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Fredericksburg** | **TX** | **78624** |
|---|---|---|

Basis for the claim:
**Judgment**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  **0  0  9  1**

---

| Debtor | Volute Partners, LLC | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,646.00 |
|---|---|---|---|

PayPal Business Loans

c/o Swift Financial LLC

3505 Silverside Road

☐ Contingent
☐ Unliquidated
☐ Disputed

| Wilmington | DE | 19810 |
|---|---|---|

Basis for the claim:

Business Loan

Date or dates debt was incurred    8/8/22

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,937.00 |
|---|---|---|---|

PNC Bank

PO Box 747047

☐ Contingent
☐ Unliquidated
☐ Disputed

| Pittsburg | PA | 15274 |
|---|---|---|

Basis for the claim:

PPP Loan

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $806.82 |
|---|---|---|---|

Regus

401 East Sonterra Blvd.

Suite 375

☐ Contingent
☐ Unliquidated
☐ Disputed

| San Antonio | TX | 78258 |
|---|---|---|

Basis for the claim:

Vendor Payable

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    8  4  4  2

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.15 |
|---|---|---|---|

Regus

401 East Sonterra Blvd.

Suite 375

☐ Contingent
☐ Unliquidated
☐ Disputed

| San Antonio | TX | 78258 |
|---|---|---|

Basis for the claim:

Vendor Payable

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    8  4  6  6

| Debtor | **Volute Partners, LLC** | Case number (if known) |
|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**   Nonpriority creditor's name and mailing address

**Samson MCA LLC**

**dba Samson Funding**

**17 State Street, 6th Floor**

**New York**     **NY**   **10004**

Date or dates debt was incurred    **1/19/22**

Last 4 digits of account number    **1**   **0**   **4**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Merchant Cash Advance**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,692.40**

---

**3.26**   Nonpriority creditor's name and mailing address

**Samson MCA LLC**

**dba Samson Funding**

**17 State Street, 6th Floor**

**New York**     **NY**   **10004**

Date or dates debt was incurred    **2/14/22**

Last 4 digits of account number    **3**   **1**   **2**   **9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Merchant Cash Advance**

Is the claim subject to offset?
☑ No
☐ Yes

**$31,000.01**

---

**3.27**   Nonpriority creditor's name and mailing address

**Samson MCA LLC**

**dba Samson Funding**

**17 State Street, 6th Floor**

**New York**     **NY**   **10004**

Date or dates debt was incurred    **4/20/22**

Last 4 digits of account number    **3**   **0**   **8**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Merchant Cash Advance**

Is the claim subject to offset?
☑ No
☐ Yes

**$66,769.24**

---

**3.28**   Nonpriority creditor's name and mailing address

**Simplicreative**

**8690 Aero Drive, Suite 115-132**

**San Diego**     **CA**   **92123**

Date or dates debt was incurred

Last 4 digits of account number    **2**   **7**   **7**   **5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor Payable**

Is the claim subject to offset?
☑ No
☐ Yes

**$360.00**

---

    **Schedule E/F: Creditors Who Have Unsecured Claims**    

| Debtor | **Volute Partners, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Square Advance**

☐ Contingent
☐ Unliquidated
☐ Disputed

**90 E. Halsey Rd.**

**$37,475.00**

Basis for the claim:

| **Parsippany** | **NJ** | **07054** |
|---|---|---|

**Merchant Cash Advance**

Date or dates debt was incurred    **7/20/22**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Stix Trucking**

☐ Contingent
☐ Unliquidated
☐ Disputed

**29120 State Hwy. 46 W**

**$600.00**

Basis for the claim:

| **Spring Branch** | **TX** | **78070** |
|---|---|---|

**Vendor Payable**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **1   5   3   9**

☑ No
☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**United Rentals**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4542 S. Interstate Highway 35**

**$4,046.68**

Basis for the claim:

| **San Marcos** | **TX** | **78666** |
|---|---|---|

**Vendor Payable**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **7   7   3   1**

☑ No
☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Vivial**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3100 Research Blvd.**

**$1,719.00**

**Suite 250**

Basis for the claim:

| **Dayton** | **OH** | **45420** |
|---|---|---|

**Vendor Payable**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **1   2   2   2**

☑ No
☐ Yes

| Debtor | **Volute Partners, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $521.82 |
|---|---|---|---|

*Check all that apply.*

**Waste Management**

**WM Corp Services**

**PO Box 660345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Dallas** | **TX** | **75266** |
|---|---|---|

**Vendor Payable**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **3    0    0    0**

☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,257.46 |
|---|---|---|---|

*Check all that apply.*

**Wex Bank**

**1 Hancock St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Portland** | **ME** | **04101** |
|---|---|---|

**Business Contract**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?

Last 4 digits of account number    **0    2    3    6**

☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,265.94 |
|---|---|---|---|

*Check all that apply.*

**Yugotex Electric LLC**

**6322 FM 311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Spring Branch** | **TX** | **78070** |
|---|---|---|

**Vendor Payable**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **2    0    0    2**

☑ No
☐ Yes

Debtor   **Volute Partners, LLC**                                  Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Aamir Ehsan** <br> **7 Grand Terrace** <br><br> **San Antonio      TX     78257** | Line _____ <br> ☑ Not listed.  Explain: <br> **Customer Contract** | __ __ __ __ |
| **4.2** **Berkovitch & Bouskila PLLC** <br> **1545 Route 202 Suite 101** <br><br> **Pomona      NY     10970** | Line __**3.17**__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.3** **Bertkovitch & Bouskila, PLLC** <br> **80 Broad St., Suite 3303** <br><br> **New York      NY     10004** | Line __**3.17**__ <br> ☐ Not listed.  Explain: | **2   0   2   2** |
| **4.4** **Charlotte Carothers** <br> **173 Oak View Ct.** <br><br> **Fredericksburg      TX     78624** | Line _____ <br> ☑ Not listed.  Explain: <br> **Customer Contract** | __ __ __ __ |
| **4.5** **Greenberg, Grant & Richards** <br> **5858 Westheimer Rd. #500** <br><br> **Houston      TX     77057** | Line __**3.34**__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.6** **Headwaters Ranch** <br> **8333 FM 1376** <br><br> **Fredericksburg      TX     78624** | Line _____ <br> ☑ Not listed.  Explain: <br> **Customer Contract** | __ __ __ __ |

Debtor    **Volute Partners, LLC**＿＿＿＿＿＿＿＿＿＿＿    Case number (if known) ＿＿＿＿＿＿＿＿＿＿＿

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.7 | **Joe Mims**<br>**114 Legend Hollow**<br>**Boerne**        **TX**        **78006** | Line ＿＿＿＿＿<br>☑ Not listed.  Explain:<br>**Customer Contract** | ＿ ＿ ＿ ＿ |
| 4.8 | **Kirk & Valerie Walden**<br>**c/o Edward L. Osuna**<br>**411 Heimer Road**<br>**San Antonio**        **TX**        **78232** | Line ＿＿＿＿＿<br>☑ Not listed.  Explain:<br>**Insurance Lawsuit** | **6**  **9**  **4**  **8** |
| 4.9 | **Padfield & Stout LLP**<br>**c/o Brandon J. Gibbons**<br>**420 Throckmorton St., Suite 1210**<br>**Fort Worth**        **TX**        **76102** | Line  **3.12**<br>☐ Not listed.  Explain: | **3**  **3**  **2**  **3** |
| 4.10 | **Randy Hagenson**<br>**2 Prevada Yesa**<br>**San Antonio**        **TX**        **78257** | Line ＿＿＿＿＿<br>☑ Not listed.  Explain:<br>**Customer Contract** | ＿ ＿ ＿ ＿ |
| 4.11 | **Zwicker & Associates**<br>**80 Minuteman Rd.**<br>**Andover**        **MA**        **01810** | Line  **3.19**<br>☐ Not listed.  Explain: | **2**  **6**  **7**  **7** |

Debtor    **Volute Partners, LLC** _____    Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,895,763.29** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,895,763.29** |

**Fill in this information to identify the case:**

Debtor name **Volute Partners, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)          Chapter    **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| Fill in this information to identify the case: |
| --- |

Debtor name  **Volute Partners, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐  No. Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **James Hauglid** | **5445 Caruth Haven Ln.** <br> Number     Street <br> **Apt. 715** <br> **Dallas**         **TX**    **75225** <br> City                    State    ZIP Code | **Ally Financial** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2  **James Hauglid** | **5445 Caruth Haven Ln.** <br> Number     Street <br> **Apt. 715** <br> **Dallas**         **TX**    **75225** <br> City                    State    ZIP Code | **Ally Financial** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3  **James Hauglid** | **5445 Caruth Haven Ln.** <br> Number     Street <br> **Apt. 715** <br> **Dallas**         **TX**    **75225** <br> City                    State    ZIP Code | **Bluevine Capital, Inc.** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4  **James Hauglid** | **5445 Caruth Haven Ln.** <br> Number     Street <br> **Apt. 715** <br> **Dallas**         **TX**    **75225** <br> City                    State    ZIP Code | **Capital One Bank USA NA** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.5  **James Hauglid** | **5445 Caruth Haven Ln.** <br> Number     Street <br> **Apt. 715** <br> **Dallas**         **TX**    **75225** <br> City                    State    ZIP Code | **CFG Merchant Solutions, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | **Volute Partners, LLC** | Case number (if known) | |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.6 | James Hauglid | 5445 Caruth Haven Ln.<br>Number    Street<br>Apt. 715<br>Dallas    TX    75225<br>City    State    ZIP Code | Everest Business Funding | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | James Hauglid | 5445 Caruth Haven Ln.<br>Number    Street<br>Apt. 715<br>Dallas    TX    75225<br>City    State    ZIP Code | FinCoast Capital LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | James Hauglid | 5445 Caruth Haven Ln.<br>Number    Street<br>Apt. 715<br>Dallas    TX    75225<br>City    State    ZIP Code | FinCoast Capital LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | James Hauglid | 5445 Caruth Haven Ln.<br>Number    Street<br>Apt. 715<br>Dallas    TX    75225<br>City    State    ZIP Code | Jeff & Michelle Brooks | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | James Hauglid | 5445 Caruth Haven Ln.<br>Number    Street<br>Apt. 715<br>Dallas    TX    75225<br>City    State    ZIP Code | NewCo. Capital Group | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | James Hauglid | 5445 Caruth Haven Ln.<br>Number    Street<br>Apt. 715<br>Dallas    TX    75225<br>City    State    ZIP Code | On Deck Capital, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 | James Hauglid | 5445 Caruth Haven Ln.<br>Number    Street<br>Apt. 715<br>Dallas    TX    75225<br>City    State    ZIP Code | Palo Alto Materials, Inc. | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Volute Partners, LLC**_____    Case number (if known) _____

| ████ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.13  James Hauglid** | **5445 Caruth Haven Ln.**<br>Number    Street<br>**Apt. 715**<br><br>**Dallas**        **TX**    **75225**<br>City                State  ZIP Code | **PayPal Business Loans** | ☐ D<br>☑ E/F<br>☐ G |
| **2.14  James Hauglid** | **5445 Caruth Haven Ln.**<br>Number    Street<br>**Apt. 715**<br><br>**Dallas**        **TX**    **75225**<br>City                State  ZIP Code | **Samson MCA LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.15  James Hauglid** | **5445 Caruth Haven Ln.**<br>Number    Street<br>**Apt. 715**<br><br>**Dallas**        **TX**    **75225**<br>City                State  ZIP Code | **Samson MCA LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.16  James Hauglid** | **5445 Caruth Haven Ln.**<br>Number    Street<br>**Apt. 715**<br><br>**Dallas**        **TX**    **75225**<br>City                State  ZIP Code | **Samson MCA LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.17  James Hauglid** | **5445 Caruth Haven Ln.**<br>Number    Street<br>**Apt. 715**<br><br>**Dallas**        **TX**    **75225**<br>City                State  ZIP Code | **Square Advance** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name   **Volute Partners, LLC**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................... | **$3,500.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................... | **$3,500.00**

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................................... | **+ $1,895,763.29**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................... | **$1,895,763.29**

**Fill in this information to identify the case and this filing:**

Debtor Name  **Volute Partners, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/11/2023**
　　　　　　MM / DD / YYYY

X **/s/ James Hauglid**
Signature of individual signing on behalf of debtor

**James Hauglid**
Printed name

**Managing Member**
Position or relationship to debtor

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Volute Partners, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:     Income

**1.    Gross revenue from business**

☐ None

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of revenue** Check all that apply. | **Gross revenue** (before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2023** MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2022** MM / DD / YYYY | to | **12/31/2022** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,842,858.00** |
| **For the year before that:** | From **01/01/2021** MM / DD / YYYY | to | **12/31/2021** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,435,625.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

## Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor    **Volute Partners, LLC**_____    Case number (if known) _____
      <sub>Name</sub>

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Ally Financial**<br><sub>Creditor's name</sub><br>**P.O. Box 380901**<br><sub>Street</sub><br><br>**Bloomington      IL    55438**<br><sub>City              State    ZIP Code</sub> | **2021 Ford F350** | **May 2023** | |
| 5.2. | **Ally Financial**<br><sub>Creditor's name</sub><br>**P.O. Box 380901**<br><sub>Street</sub><br><br>**Bloomington      IL    55438**<br><sub>City              State    ZIP Code</sub> | **2022 Ford F250** | **May 2023** | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Palo Alto Materials, Inc. v. Volute Partners, LLC and James Hauglid**<br><br>Case number<br>**SC22-009-1** | **Breach of Contract** | **JP Precinct 1**<br><sub>Name</sub><br>**Gillespie County**<br><sub>Street</sub><br><br><br><sub>City              State    ZIP Code</sub> | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor | **Volute Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

**7.2.** | NewCo Capital Group VI LLC v. Volute Partners, LLC, James Carroll Hauglid, et al.

Nature of case: Breach of Contract

Court or agency's name and address: **Supreme Court of New York**
Name
**County of Rockland**
Street

City    State    ZIP Code

Status of case:
☑ Pending
☐ On appeal
☐ Concluded

Case number: **033181/2022**

---

**7.3.** | FinCoast Capital, LLC v. Volute Partners LLC et al.

Nature of case: Breach of Contract

Court or agency's name and address: **District Court**
Name
**Tarrant County**
Street

City    State    ZIP Code

Status of case:
☑ Pending
☐ On appeal
☐ Concluded

Case number: **141-341233-23**

---

**7.4.** | Kris & Valerie Walden v. Volute Partners, LLC d/b/a Pristine Pools; Michael & Lynn Murphy

Nature of case: Insurance Claim

Court or agency's name and address: **216th Judicial District Court**
Name
**Gillespie County**
Street

City    State    ZIP Code

Status of case:
☑ Pending
☐ On appeal
☐ Concluded

Case number: **16948**

---

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **Volute Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;font-weight:bold;">**Part 6:**</div>   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Toronjo & Prosser Law** | | **09/2022** | **$5,500.00** |

**Address**

**6440 N. Central Expressway**
Street
**Suite 104**

| **Dallas** | **TX** | **75206** |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Keith Zars Pools, Ltd.** | **Debtor sold Pristine Pools cleaning routes, name & logo, domain name, truck and related chemicals.  Funds used to pay off truck loans, vendors, and payroll while closing business** | **August 2022** | **$350,000.00** |

**Address**

**17427 San Pedro**
Street

| **San Antonio** | **TX** | **78232** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**None**

Debtor    **Volute Partners, LLC**_____    Case number (if known) _____
_____Name

---

### Part 7:    Previous Locations

**14.    Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐    Does not apply

| **Address** | | | **Dates of occupancy** | |
|---|---|---|---|---|
| 14.1. | **3231 N. Loop 16404 W**_____ | | From    **2019** | To    **2022** |
| | Street | | | |
| | **San Antonio** | **TX**    **78257** | | |
| | City | State    ZIP Code | | |

---

### Part 8:    Health Care Bankruptcies

**15.    Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■    diagnosing or treating injury, deformity, or disease, or

■    providing any surgical, psychiatric, drug treatment, or obstetric care?

☑    No.  Go to Part 9.
☐    Yes.  Fill in the information below.

---

### Part 9:    Personally Identifiable Information

**16.    Does the debtor collect and retain personally identifiable information of customers?**

☑    No.
☐    Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐    No.
☐    Yes.

**17.    Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑    No.  Go to Part 10.
☐    Yes.  Does the debtor serve as plan administrator?
☐    No.  Go to Part 10.
☐    Yes.  Fill in below:

Debtor  **Volute Partners, LLC**                                    Case number (if known) _____
      Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Chase Bank**<br>Name<br>**PO Box 182051**<br>Street<br><br>**Columbus    OH    43218**<br>City    State  ZIP Code | **XXXX- 0  9  6  1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **09/2022** | **$0.00** |
| 18.2. **Chase Bank**<br>Name<br>**PO Box 182051**<br>Street<br><br>**Columbus    OH    43218**<br>City    State  ZIP Code | **XXXX- 0  9  9  5** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **03/2023** | **$0.00** |
| 18.3. **Chase Bank**<br>Name<br>**PO Box 182051**<br>Street<br><br>**Columbus    OH    43218**<br>City    State  ZIP Code | **XXXX- 0  9  8  7** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **12/2022** | **$0.00** |
| 18.4. **Chase Bank**<br>Name<br>**PO Box 182051**<br>Street<br><br>**Columbus    OH    43218**<br>City    State  ZIP Code | **XXXX- 0  9  7  9** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **12/2022** | **$0.00** |

Debtor    **Volute Partners, LLC**_____    Case number (if known) _____
          <sub>Name</sub>

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| Debtor | **Volute Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.1. | **1800Accountant LLC** | | From | **2022** | To | **2022** |
| | Name | | | | | |
| | **260 Madison Ave.** | | | | | |
| | Street | | | | | |
| | **Suite 1001** | | | | | |
| | **New York** | **NY** | **10016** | | | |
| | City | State | ZIP Code | | | |

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.2. | **Dashboard Accountants Inc.** | | From | **2019** | To | **2021** |
| | Name | | | | | |
| | **2943 Parkway Blvd. No. 49** | | | | | |
| | Street | | | | | |
| | **West Valley City** | **UT** | **84119** | | | |
| | City | State | ZIP Code | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | **James Hauglid** | | |
| | Name | | |
| | **5445 Caruth Haven Lane** | | |
| | Street | | |
| | **Apt. 715** | | |
| | **Dallas** | **TX** | **75225** | |
| | City | State | ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   **Volute Partners, LLC**                                              Case number (if known)
_____                                _____
Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Hauglid | 5445 Caruth haven Lane Apt. 715 Dallas, TX 75225 | Managing Member | 75% |
| Nicholas Thompson | 1380 Knoop School Rd. Fredericksburg, TX 78624 | Member | 20% |
| Brad Reed | 418 Calm Springs San Antonio, TX 78260 | Member | 5% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **James Hauglid** <br> Name <br> **5445 Caruth Haven Lane** <br> Street <br> **Apt. 715** <br> **Dallas** **TX** **75225** <br> City  State  ZIP Code <br> **Relationship to debtor** <br> **Owners** | **Payroll** <br> **$63,353.33** | **Weekly payroll 8/5/2022 through 2/14/2023** | **Services provided** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Brad Reed** <br> Name <br> **418 Calm Springs** <br> Street <br> **San Antonio** **TX** **78260** <br> City  State  ZIP Code <br> **Relationship to debtor** <br> **Owner** | **Payroll** <br> **$27,477.96** | **Weekly payroll 8/5/2022 to 1/24/2023** | **Services provided** |

| Debtor | **Volute Partners, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Nicholas Thompson** <br> Name <br> **1380 Knoop School Rd.** <br> Street <br><br> **Fredericksburg    TX    78624** <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br> **Owner** | **Payroll** <br> **$5,700.00** | **Payroll** <br> **from to** <br> **8/26/2022** <br> **9/23/2022** | **Services provided** |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/11/2023**
　　　　　　　MM / DD / YYYY

**X /s/ James Hauglid**                                    Printed name  **James Hauglid**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **Volute Partners, LLC**                                        Case No.  _____

                                                                       Chapter  **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................. | **$5,500.00** |
| Prior to the filing of this statement I have received........................................................ | **$5,500.00** |
| Balance Due................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _____08/11/2023_____ | **/s/ Derek K. Prosser** |
| *Date* | *Derek K. Prosser*        Bar No.  24086889 |
| | Toronjo & Prosser Law |
| | 6440 N. Central Expressway |
| | Suite 104 |
| | Dallas, Texas 75206 |
| | Phone: (214) 609-8787 / Fax: (866) 640-7043 |

</div>

**/s/ James Hauglid** _____

*James Hauglid*
*Managing Member*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Volute Partners, LLC**                                      CASE NO

                                                                      CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  8/11/2023 _____             Signature   **/s/ James Hauglid** _____
                                                            ***James Hauglid***
                                                            ***Managing Member***


Date _____             Signature _____

Aamir Ehsan
7 Grand Terrace
San Antonio, TX 78257


All-Ways Hauling
143 Jack Nixon Rd.
Fredericksburg, TX 78624


Ally Financial
P.O. Box 380901
Bloomington, IL 55438


Andrew & Ingrid Pepper
c/o Jack Waterhouse
1225 Main S. Street, Suite 200
Grapevine, TX 76051


Attorney General of The United States
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, D.C. 20530


Bennett Land Services
PO Box 101
Harper, TX 78631


Berkovitch & Bouskila PLLC
1545 Route 202 Suite 101
Pomona, NY 10970


Bertkovitch & Bouskila, PLLC
80 Broad St., Suite 3303
New York, NY 10004


Bluevine Capital, Inc.
401 Warren St., Suite 300
Redwood City, CA 94063

Brad Reed
418 Calm Springs
San Antonio, TX 78260


Capital One Bank USA NA
P.O. Box 31293
Salt Lake City, UT 84131


CFG Merchant Solutions, LLC
180 Maiden Lane, Floor 15
New York, NY 10038


Charlotte Carothers
173 Oak View Ct.
Fredericksburg, TX 78624


Everest Business Funding
5 West 37th Street
Suite 1100
New York, NY 10018


FinCoast Capital LLC
16850 Collins Ave.
Suite 112616
Sunny Isles Beach, FL 33160


GA Properties, LP
16015 Via Shavano
Suite 101
San Antonio, TX 78249


Greenberg, Grant & Richards
5858 Westheimer Rd. #500
Houston, TX 77057


Headwaters Ranch
8333 FM 1376
Fredericksburg, TX 78624

Internal Revenue Service
P.O Box 7346 Philadelphia, PA 19101-7346


James Hauglid
5445 Caruth Haven Ln.
Apt. 715
Dallas, TX 75225


Jeff & Michelle Brooks
66-437 Kamehameha Hwy.
Unit 990
Haleiwa, HI 96712


Jesus Carreon
3610 W. Travis St.
San Antonio, TX 78207


Joe Mims
114 Legend Hollow
Boerne, TX 78006


Kirk & Valerie Walden
c/o Edward L. Osuna
411 Heimer Road
San Antonio, TX 78232


Medallion Sprinkler System
126 Lousiana Ave.
New Branfels, TX 78130


NewCo. Capital Group
90 Broad St.
Suite 903
New York, NY 10004


Nicholas Thompson
1380 Knoop School Rd
Fredericksburg, TX 78624

On Deck Capital, Inc.
ATTN: Director of Operations
901 N. Stuart St., Suite 700
Arlington, VA 22203


Padfield & Stout LLP
c/o Brandon J. Gibbons
420 Throckmorton St., Suite 1210
Fort Worth, TX 76102


Palo Alto Materials, Inc.
914 Mohr Ranch Rd.
Fredericksburg, TX 78624


PayPal Business Loans
c/o Swift Financial LLC
3505 Silverside Road
Wilmington, DE 19810


PNC Bank
PO Box 747047
Pittsburg, PA 15274


Randy Hagenson
2 Prevada Yesa
San Antonio, TX 78257


Regus
401 East Sonterra Blvd.
Suite 375
San Antonio, TX 78258


Samson MCA LLC
dba Samson Funding
17 State Street, 6th Floor
New York, NY 10004


Simplicreative
8690 Aero Drive, Suite 115-132
San Diego, CA 92123

```
Square Advance
90 E. Halsey Rd.
Parsippany, NJ 07054



Stix Trucking
29120 State Hwy. 46 W
Spring Branch, TX 78070



Texas Alcohol Beverage Commissions
P.O. Box 13127
Austin, Texas 7871-3127



Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711



Texas Workforce Commission
TEC Building-Bankruptcy
101 East 15th Street
Austin, Texas 78778


U.S.Trustee
1100 Commerce St.
Rm 976
Dallas, Texas


United Rentals
4542 S. Interstate Highway 35
San Marcos, TX 78666



Vivial
3100 Research Blvd.
Suite 250
Dayton, OH 45420


Waste Management
WM Corp Services
PO Box 660345
Dallas, TX 75266
```

```
Wex Bank
1 Hancock St.
Portland, ME 04101


Yugotex Electric LLC
6322 FM 311
Spring Branch, TX 78070


Zwicker & Associates
80 Minuteman Rd.
Andover, MA 01810
```